

# NUMBER 13-21-00434-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

VHS HARLINGEN HOSPITAL COMPANY, LLC
D/B/A VALLEY BAPTIST MEDICAL
CENTER-HARLINGEN,                                                    Appellant,

v.

MALLORY COTTON AND
JERAMY BRIDGES, INDIVIDUALLY,
AND AS NEXT FRIENDS,
NATURAL PARENTS, AND AS
WRONGFUL DEATH BENEFICIARIES
OF BABY BOY BRIDGES,                                                 Appellees.

On appeal from the 103rd District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Tijerina**
**Memorandum Opinion by Justice Benavides**

This cause is before the Court on the parties' joint motion to dismiss the appeal as

moot. We grant the motion and dismiss the appeal for want of jurisdiction.

Attached to the joint motion is a dismissal order signed by the trial court on June 28, 2023, stating that the parties have agreed to extinguish the controversy between them *in toto*. "Appeals of some interlocutory orders become moot because the orders have been rendered moot by subsequent orders." *Hernandez v. Ebrom*, 289 S.W.3d 316, 319 (Tex. 2009). "A case is moot when a justiciable controversy no longer exists between the parties or when the parties no longer have a legally cognizable interest in the outcome." *Tex. Dep't of Fam. & Protective Servs. v. N.J.*, 644 S.W.3d 189, 192 (Tex. 2022). "A case may become moot at any time, including on appeal." *Id.* When an appeal becomes moot, we must dismiss it for want of jurisdiction. *Id.* (citing *Heckman v. Williamson County*, 369 S.W.3d 137, 162 (Tex. 2012); *see also Betancourt v. Cotton*, No. 13-22-00132-CV, 2022 WL 1414502, at *1 (Tex. App.—Corpus Christi–Edinburg May 5, 2022, no pet.) (mem. op.).

Upon review of the motion to dismiss, the Court is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, this cause is reinstated, the motion to dismiss is granted, and the appeal is hereby dismissed. Costs are taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
13th day of July, 2023.